No. 82–2157. CENTRAL STATES, SOUTHEAST & SOUTHWEST AREAS PENSION FUND, ET AL. v. CENTRAL TRANSPORT, INC., ET AL. C. A. 6th Cir. Motions of Arthur Young & Co., Bricklayers Fringe Benefit Funds-Metropolitan Area et al., and National Coordinating Committee for Multiemployer Plans for leave to file

briefs as *amici curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.